ELIZABETH WAUGH, Administratrix, Appellant, *v.* JOHN FIELDING et al., Respondents.

(Argued January 2, 1872; decided May term, 1872.)

THIS was an action to recover a balance alleged to be due upon the sale of an engine and boiler; defence, fraud in the sale. Upon the trial, after defendants had given evidence as to plaintiff's representations and the defects in the property purchased, plaintiff offered himself as a witness, and was asked by his counsel, and allowed to answer, the question: "Did you give, or intend to give, the defendants anything more than your opinion in regard to its condition?" *Held,* error. The cases of *Seymour* v. *Wilson* (14 N. Y., 567) and *Cortland* v. *Herkimer* (44 N. Y., 22) distinguished.

*E. H. Berm* for the appellant.

*A. Robertson* for the respondents.

HUNT, C., reads for affirmance.

All concur.

Order affirmed, and judgment absolute against plaintiff, with costs.